UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT M. COATS,

    Plaintiff,

  v.

J. DE ANZO, et al.,

    Defendants.

Case No. 16-cv-05872-JCS (PR)

**ORDER REOPENING ACTION**

This federal civil rights action was dismissed because plaintiff failed to file an amended complaint by the deadline. Plaintiff since has filed an amended complaint.

The action is REOPENED. The Clerk is directed to modify the docket accordingly. The judgment (Dkt. No. 8) and the order of dismissal (Dkt. No. 7) are VACATED.

The amended complaint will be reviewed in a separate order.

**IT IS SO ORDERED.**

**Dated:** March 28, 2017

_____
JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT M. COATS,

    Plaintiff,

v.

J. DE ANZO, et al.,

    Defendants.

Case No. 16-cv-05872-JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 28, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert M. Coats ID: D-81314
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: March 28, 2017

Susan Y. Soong
Clerk, United States District Court

By:___*Karen L. Hom*___
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO