UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. COATS,<br><br>        Plaintiff,<br><br>    v.<br><br>J. DE ANZO, et al.,<br><br>        Defendants. | Case No. 16-cv-05872-WHO (RMI)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on November 20, 2017, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

   ( X ) Plaintiff, Robert Coats, Pro Se.

   ( ) Warden or warden's representative

   ( X ) Office of the California Attorney General, Trace Maiorino.

   ( ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

   ( X ) The case has been completely settled.

   ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

   ( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 11/20/2017

ROBERT M ILLMAN
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. COATS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. DE ANZO, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-05872-WHO (RMI)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 21, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert M. Coats ID: D-81314
Salinas Valley State Prison C3-204
P.O. Box 1050
Soledad, CA 93960

Dated: November 21, 2017

Susan Y. Soong Clerk, United States District ourt

By._____
Gloria Knudson, Deputy Clerk to the
Honorable ROBERT M ILLMAN

3