UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. COATS,<br>    Plaintiff,<br>  v.<br>J. DE ANZO, et al.,<br>    Defendants. | Case No. 16-cv-05872-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' stipulation to voluntary dismissal with prejudice (Dkt. No. 33), this action is DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

**Dated:** November 30, 2017



WILLIAM H. ORRICK
United States District Judge